AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| NIGEL LUCOMBE, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| _Plaintiff(s)_ | | |
| v. | | Civil Action No. |
| RISE UP DEBT SOLUTIONS LLC, | | |
| _Defendant(s)_ | | |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_   RISEUP DEBT SOLUTIONS, LLC
C/O: INCORP SERVICES, INC.
3458 LAKESHORE DRIVE
TALLAHASSEE, FL 32312

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gerlad D Lane Jr. ESQ
The Law Offices of Jibrael S Hindi
110 SE 6TH ST Suite 1744
Fort Lauderdale, FL 33301

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                _CLERK OF COURT_

Date: _____                    _____
                                                                _Signature of Clerk or Deputy Clerk_